THE HON. RONALD B. LEIGHTON

1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8            WESTERN DISTRICT OF WASHINGTON at TACOMA

9   ARTHA ENMAN                        )
                                       )   Cause No.:  3:10-cv-05729 RBL
10                  Plaintiff,          )
                                       )   **JOINT STATUS REPORT AND
11       vs.                           )   DISCOVERY PLAN**
                                       )
12   AGRISHOP, INC., A WASHINGTON       )
     CORPORATION                       )
13                                      )
                                       )
14                  Defendants.         )
                                       )
15                                      )

16

17   1.   **Nature and complexity of the case**:   This is an employment discrimination case.

     This case is of average complexity for a discrimination case.
18

19   2.   **The results of the FRCP 26(f) conference**:  Parties agreed to act in good faith and

     cooperate in discovery.
20

21   3.   **Deadline for joining additional parties**:  January 30, 2011

22   4.   **Method of ADR to be used**: Standard 39.1 Mediation.

23   5.   **When ADR will be held**: 90 days before trial or earlier upon agreement of Parties.

24   6.   **Proposed Discovery Plan**:

25

Joint Status Report-Page 1

(Cause No. 3:10-cv-05729 RBL)

Law Offices of
**Kram, Johnson, Wooster & McLaughlin, P.S.**
1901 SOUTH "I" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 838-1154 Seattle
(253) 572-4167 Facsimile

a.    The date the FRCP 26 conference was held and when the initial disclosures will be filed:  FRCP 26 conference was held December 2, 2010 and initial disclosures are to be filed by December 29, 2010.

b.    Discovery subjects needed and whether discovery should be conducted in phases or be limited to or focused upon particular issues:   Fact and damage discovery under the Federal Rules of Civil Procedure.

c.    What changes should be made or limitations imposed regarding discovery: None, other than expert disclosures be staggered with the Defendant's disclosure to follow thirty days after the Plaintiff's expert disclosure.

d.    How will discovery be managed: Parties agree to cooperate and act in good faith.

e.    Any other orders that should be entered:  None contemplated at this time.

7.    **The date by which discovery can be completed**:  60 days before date assigned for trial.

8.    **Whether the case should be bifurcated (liability issues)**: No

9.    **Whether the pretrial statements and pretrial order should be dispensed**: No

10.    **Suggestions for shortening or simplifying the case**:  None at this time

11.    **The date the case will be ready for trial**:  On or after, November 15, 2011.

12.    **Jury Demand**:  Yes

13.    **Number of days needed for trial**:  5 days.

14.    **Counsel Advise the Court of the following conflict dates after January 5, 2011:**

**Plaintiff's Conflict Dates**: February 14, 2011 through March 11, 2011; April through June 24, 2011; June 27, 2011 through July 15, 2011; August 29, 2011 through September 30, 2011;

Law Offices of
**Kram, Johnson, Wooster & McLaughlin, P.S.**
1901 SOUTH "I" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 838-1154 Seattle
(253) 572-4167 Facsimile

**Defendants Conflict Dates**: February 14, 2010 through March 7, 2011; March 21 through March 25, 2011; April 11, 2011 through April 25, 2011; May 2, 2011 through June 2, 2011; July 11, 2011 through August 14, 2011; September 12, 2011 through September 23, 2011; October 24, 2011 through November 4, 2011; and November 11, 2011 through November 28, 2011.

**15.     Have all parties been served?**  Yes.


DATED this   22nd day of December, 2010.

KRAM, JOHNSON, WOOSTER
& MCLAUGHLIN, P.S.

/s Richard H. Wooster

_____

Richard H. Wooster, WSBA #13752
Kram Johnson Wooster & McLaughlin
1901 South I Street
Tacoma, WA 98405
(253) 572-4161 telephone
(253) 572-4167 facsimile
Attorneys for Plaintiff




/s John Silk
John Silk, WSBA #15035
WILSON SMITH COCHRAN DICKERSON
1215 Fourth Avenue, Suite 1700
Seattle, WA  98161
(206) 623-4100 telephone
(206) 623-9273 facsimile
silk@wscd.com
Attorneys for Defendants

Joint Status Report-Page 3


(Cause No. 3:10-cv-05729 RBL)

Law Offices of
**Kram, Johnson, Wooster & McLaughlin, P.S.**
1901 SOUTH "I" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 838-1154 Seattle
(253) 572-4167 Facsimile